MICHAEL A. ROBINSON *v.* SOUTHERN NEW
ENGLAND TELEPHONE COMPANY
(11638)

DALY, LAVERY and SCHALLER, Js.
Argued May 6—decision released June 8, 1993

*Jamie L. Mills,* for the appellant (plaintiff).

*Diana Garfield,* with whom, on the brief, were
*Burton Kainen* and *Dana Shaw MacKinnon,* for the
appellee (defendant).

PER CURIAM. The judgment is affirmed.